JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS CARTER, | ) | Case No. CV 19-7788 JGB(JC) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JIM ROBERTSON, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to this Court's Order (1) Summarily Dismissing Petition for Writ of Habeas Corpus and Action; and (2) Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: October 30, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE